In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-90021

---

DELTA AIR LINES INC.,

*Petitioner,*

*versus*

PATRICK HALEY,
an individual, on behalf of himself and all others similarly situated,
RANDAL REEP,
an individual, on behalf of himself and all others similarly situated,
BENJAMIN BEST,

*Respondents.*

---

Petition for Permission to Appeal from the
United States District Court for the
Northern District of Georgia
D.C. Docket No. 1:21-cv-01076-SEG

---

Before WILLIAM PRYOR, CHIEF JUDGE, NEWSOM, AND KIDD, Circuit Judges.

BY THE COURT:

The Petition for Permission to Appeal pursuant to Fed. R. Civ. P. 23(f) is DENIED.